8024. Dawson Paper Shell Pecan Company *v.* Bush.

Wade, C. J. 1. The court did not err in overruling the demurrer. There was evidence from which the jury was authorized to infer that the delivery was so made as to place the goods sold entirely beyond the control of the vendor and completely within the control of the vendee (*Brunswick Grocery Co.* v. *Lamar*, 116 *Ga.* 1, 4, 42 S. E. 366), and that the contract of sale had been fully executed by the vendor, in accordance with the terms of his parol agreement.

2. The charge of the court substantially covered the material issues in this case, and there was no reversible error in refusing the requests submitted. *Judgment affirmed. George and Luke, JJ., concur.*

Decided April 25, 1917.

Appeal; from Terrell superior court—Judge Worrill. November 25, 1916.

*W. H. Gurr,* for plaintiff in error. *R. R. Marlin,* contra.